# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3346
LT Case No. 1989-CF-011591-A
_____

ROBERT JOHNSON BRADLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Robert Johnson Bradley, Raiford, pro se.

No Appearance for Appellee.

June 4, 2026

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and MACIVER, JJ., concur.

―――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――